UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DWAYNE JAY NORTON,

     Petitioner,

v.                                     Case No.: 8:26-cv-504-JLB-NHA

JUDGE LAURA WARD, in the
Circuit Court of the 13th Judicial
Court for County of Hillsborough,

     Respondent.

_____/

## ORDER

Before the Court is Petitioner Dwayne Jay Norton's Petition for Writ of Mandamus. (Doc. 1). Petitioner asserts claims against Judge Laura Ward, a state circuit court judge in Hillsborough County, Florida, who is presiding over a civil action brought by Petitioner, and against Petitioner's own privately retained attorney. He asks this Court to issue a writ of mandamus directing Judge Ward to grant him a hearing, sign an unsigned order, vacate an order, and stop discriminating against Petitioner based on his disability. (*Id.* at 12–13). He also asks this Court to issue the writ directing his attorney to continue representing him in the state civil proceeding, to stop violating a Florida Bar rule, to provide him with discovery from his civil case, and to file an amended complaint in his state civil action. (*Id.*).

1

The Court does not have jurisdiction to provide Petitioner with the relief he seeks. *See Lawrence v. Miami-Dade County State Att'y Office*, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief Lawrence sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition."); *Bailey v. Silberman*, 226 F. App'x 922, 924 (11th Cir. 2007) ("Federal courts have no jurisdiction to issue writs of mandamus directing a state court and its judicial officers in the performance of their duties where mandamus is the only relief sought."); *Carlan v. Flint Energies*, 2025 WL 2472582, at *3 (M.D. Ga. Aug. 27, 2025) ("Petitions for writs of mandamus . . . sought against private parties . . . are frivolous.).

Accordingly, it is **ORDERED**:

1. Petitioner's Petition for Writ of Mandamus (Doc. 1) is **DENIED**, and this case is **DISMISSED**.

2. The Clerk is **DIRECTED** to deny any pending motion as moot, enter judgment, and close this file.

DONE and ORDERED in Tampa, Florida, on March 3, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

2